Jules Constant Caritey, Appellant, v. Frederick H. Eggers and Louis Silver, Respondents.— Motion for leave to go to Court of Appeals granted and questions certified as follows: 1. Was the defendant Louis Silver privileged from the service of summons and complaint herein at the time said service was made? 2. Did the defendant Louis Silver waive any irregularity in the service of said summons and complaint by serving his answer herein?

Francis M. Gumbes and Another, Respondents, v. Charles M. Hicks and Others, Appellants.— Motion for leave to go to Court of Appeals granted and question certified as follows: Were the papers upon which the warrant of attachment was granted sufficient to authorize the county judge to grant said attachment?

In the Matter of the Probate of the Alleged Last Will and Testament of George R. Finch, Deceased.— Motion denied.

In the Matter of the Application of the Wetmore Electric Company, Appellant, for Authority to Increase Its Capital Stock from $40,000 to $80,000. Commission of Gas and Electricity, Respondent.— In this record there are no findings of the Commission as contemplated by section 14 of chapter 737 of the Laws of 1905. The record is, therefore, remitted to the Commission.

In the Matter of the Estate of William H. Simpson, Deceased. George C. Simpson, as Administrator with the Will Annexed of William H. Simpson, Deceased; Catherine A. Maney, as Executrix, etc., of Anna Elizabeth Simpson, the Deceased Executrix of William H. Simpson, Deceased, Respondent.— Decree of surrogate unanimously affirmed, with costs. No opinion.

In the Matter of the Estate of David Curtis, Deceased. Daniel M. Kellogg and Others, Appellants; Albert Dassance, as Administrator, etc., of David Curtis, Deceased, Respondent.— Decree unanimously affirmed, with costs. No opinion.

George McKay, Appellant, v. The State of New York, Respondent.— Judgment reversed as contrary to facts stipulated on the trial, and new trial granted, with costs. No opinion. All concurred, except Parker, P. J., not voting.

Daniel O'Shea v. Lehigh Valley Railroad Company.— Motion denied.

The People of the State of New York v. Merchants' Trust Company. Jacob L. Phillips and Others, Intervening Stockholders, Appellants; Depositors of Merchants' Trust Company, Respondents.— Motion granted for leave to go to Court of Appeals, and questions certified as follows: 1. Are depositors and holders of certificates of deposit having special interest contracts with the Merchants' Trust Company entitled to payment, in addition to the amounts already paid to them respectively, to wit, the full amount of the principal of their deposits, of any interest whatever upon their respective balances after May 23, 1905, the date of the appointment of the receivers of said Merchants' Trust Company; and if so, are they entitled to interest at the contract rate or at the legal rate? 2. Are depositors and holders of certified checks, having no interest contracts with the Merchants' Trust Company, entitled, in addition to the sums already received by them, to wit, the full amount of the principal of their claims, to interest upon their respective credit balances and sums owing them after May 23, 1905?

Lena H. Reiche, as Administratrix, etc., of Alfred F. Reiche, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Blanche Spoor, Respondent, v. Theresa Spoor, Appellant.— Judgment modified by deducting ten dollars therefrom, and as modified affirmed, without costs to either party. No opinion. All concurred, Parker, P. J., not sitting.

Helen M. Smith, Respondent, v. George Brooks, Appellant, and Second National Bank of Cooperstown and George M. Jarvis, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion.

Patrick Trant, Respondent, v. Mary L. Penney, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred; Parker, P. J., not sitting.

The Town of Roxbury, New York, Respondent, v. Imer C. Wyckoff, as Executor, etc., of Albert J. Simons, Deceased, Appellant.— Judgment modified by deducting therefrom as of June 28, 1906, the date of the entry thereof, seventy dollars costs, and the further sum of fifty-five dollars and forty-six cents, and as thus modified unanimously affirmed, without costs. No opinion.